USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1311 EDGAR GRACIANI-GONZALES, Petitioner, Appellant, v. MARIANO ACOSTA-GRUBB, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Edgar Graciani Gonzales on brief pro se. _______________________ Guillermo Gil, United States Attorney, Jose A. Quiles, Senior ______________ _______________ Litigation Counsel, and Edwin O. Vazquez, Assistant United States _________________ Attorney, Deputy Chief, Criminal Division, on brief for appellee. ____________________ February 3, 1997 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we conclude that petitioner's 2255 motion was properly dismissed without a hearing, essentially for the reasons stated by the district court. We add only these comments. 1. We will not consider petitioner's claim, raised for the first time on appeal, that his attorney had a conflict of interest. See United States v. Jackson, 3 F.3d 506, 511 (1st ___ _____________ _______ Cir. 1993). 2. The district court was not required to give further consideration to the affidavit purporting to absolve petitioner of all involvement in the crime. The district court correctly followed this court's prior ruling on that point. See United States v. Graciani Gonzales, 61 F.3d 70, ___ ______________ _________________ 78 (1st Cir. 1995). 3. Petitioner's motion to correct the PSR is denied. ______ See Fed. R. App. P. 10(e) (record may be corrected to ___ accurately reflect the proceedings below).  Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-